

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

January 10, 2025

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

        Re:   *New York Times Co., et al. v. U.S. Department of Justice, National Security Division, et al.*, No. 24 Civ. 5982 (ER)

Dear Judge Ramos:

      This Office represents Defendants U.S. Department of Justice, National Security Division ("NSD"), Federal Bureau of Investigation ("FBI"), National Security Agency ("NSA"), and Office of the Director of National Intelligence ("ODNI") (the "Government") in the above-referenced case. I write on behalf of all parties pursuant to the Court's order at the initial conference held on November 12, 2024, that the parties submit joint status reports every 45 days. Nov. 12, 2024, Minute Entry; *see also* Dkt. No. 24 (extending deadline for first status report).

      As explained at the initial conference, and set forth in Defendants' answer to the complaint, two of the four defendant agencies have, in the Government's view, completed their response to Plaintiffs' requests. See Dkt. No. 21 at 7-8. Specifically, ODNI performed a search that did not reveal any responsive records, and NSA performed a search and provided the responsive documents that were identified to Plaintiffs on August 21, 2024. (Plaintiffs reserve the right to challenge the adequacy of ODNI's search and the redactions in records produced by NSA.) With respect to the other two agencies, NSD has conducted a search of its unclassified systems and its classified systems and identified both unclassified and classified records that appear responsive. NSD is reviewing those records to determine whether they require consultation with, or referral to, other organizations. FBI has completed its search and has not identified any responsive records. (Plaintiffs also reserve the right to challenge the adequacy of this search.) The Government is not yet in a position to provide a timeline for the completion of NSD's review but expects to be able to do so in the next status report.

      The parties will submit their next status report in 45 days—by February 24, 2025.

The Honorable Edgardo Ramos
Page 2

                                                Respectfully submitted,

                                                EDWARD Y. KIM
                                                Acting United States Attorney for the
                                                Southern District of New York

                                      By:  s/ *Rachael Doud*
                                                RACHAEL DOUD
                                                Assistant United States Attorney
                                                86 Chambers St., 3rd Floor
                                                New York, New York  10007
                                                (212) 637-2699

cc:      All counsel of record (via ECF)