

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 24, 2025

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

        *Re:*   *New York Times Co., et al. v. U.S. Department of Justice, National Security Division, et al.*, No. 24 Civ. 5982 (ER)

Dear Judge Ramos:

      This Office represents Defendants U.S. Department of Justice, National Security Division ("NSD"), Federal Bureau of Investigation ("FBI"), National Security Agency ("NSA"), and Office of the Director of National Intelligence ("ODNI") (the "Government") in the above-referenced case. I write on behalf of all parties pursuant to the Court's order at the initial conference held on November 12, 2024, that the parties submit joint status reports every 45 days.

      As explained in the parties' last status report, Dkt. No. 25, three of the four defendant agencies have, in the Government's view, completed their response to Plaintiffs' requests. Specifically, ODNI and FBI performed searches that did not reveal any responsive records, and NSA performed a search and provided the responsive documents that were identified to Plaintiffs on August 21, 2024. (Plaintiffs reserve the right to challenge the adequacy of ODNI and FBI's searches and the redactions in records produced by NSA.) The remaining defendant, NSD, has conducted a search of its unclassified systems and its classified systems and identified approximately twelve records, including classified records, that appear responsive. Because these records contain information of interest to other federal organizations, NSD is in the process of consulting with those other organizations regarding the records.

      The parties will submit their next status report in 45 days—by April 10, 2025.

The Honorable Edgardo Ramos
Page 2

                                          Respectfully submitted,

                                          MATTHEW PODOLSKY
                                          Acting U.S. Attorney for the
                                          Southern District of New York

                             By:  _s/ *Rachael Doud*_____
                                          RACHAEL DOUD
                                          Assistant United States Attorney
                                          86 Chambers St., 3rd Floor
                                          New York, New York  10007
                                          (212) 637-2699

cc:      All counsel of record (via ECF)