Case 1:24-cv-05982-ER   Document 29   Filed 07/12/25   Page 1 of 2



*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 11, 2025

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re:   *New York Times Co., et al. v. U.S. Department of Justice, National Security Division, et al.*, No. 24 Civ. 5982 (ER)

Dear Judge Ramos:

     This Office represents Defendants U.S. Department of Justice, National Security Division ("NSD"), Federal Bureau of Investigation ("FBI"), National Security Agency ("NSA"), and Office of the Director of National Intelligence ("ODNI") (the "Government") in the above-referenced case.  I write on behalf of all parties pursuant to the Court's order at the initial conference held on November 12, 2024, that the parties submit joint status reports every 45 days.

     As explained in the parties' prior status reports, two of the four defendant agencies have completed their response to Plaintiffs' requests.  Specifically, ODNI performed a search that did not reveal any responsive records, and NSA performed a search and provided the responsive documents that were identified to Plaintiffs on August 21, 2024.  (Plaintiffs reserve the right to challenge the adequacy of ODNI's search and the redactions in records produced by NSA.)  As the Government reported in its last status report, while the FBI initially performed a search that did not reveal any responsive records, it subsequently conducted an additional search and located some potentially responsive records.  The FBI is continuing to review those records for responsiveness.

     The remaining defendant, NSD, conducted a search and identified approximately thirteen records, including classified records, that appear responsive.  As noted in prior status reports, because those records contain information in which other federal organizations may have equities, NSD consulted with those organizations regarding the records.  On June 10, 2025, NSD issued an interim response, informing Plaintiffs that NSD was awaiting the return of one final consultation.  NSD has since received the remaining consultation and is finalizing the processing of the remaining records.  NSD hopes to issue its final response before the next scheduled JSR.

The Honorable Edgardo Ramos
Page 2

      The parties will submit their next status report in 45 days—by August 25, 2025.

                              Respectfully submitted,

                              JAY CLAYTON
                              U.S. Attorney for the
                              Southern District of New York

                    By:  s/ *Rachael Doud*
                              RACHAEL DOUD
                              Assistant United States Attorney
                              86 Chambers St., 3rd Floor
                              New York, New York  10007
                              (212) 637-2699

cc:     All counsel of record (via ECF)