

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 21, 2025

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re: *New York Times Co., et al. v. U.S. Department of Justice, National Security Division, et al.*, No. 24 Civ. 5982 (ER)

Dear Judge Ramos:

  This Office represents Defendants U.S. Department of Justice, National Security Division ("NSD"), Federal Bureau of Investigation ("FBI"), National Security Agency ("NSA"), and Office of the Director of National Intelligence ("ODNI") (the "Government") in the above-referenced case. I write on behalf of all parties pursuant to the Court's order at the initial conference held on November 12, 2024, that the parties submit joint status reports every 45 days.[1]

  As explained in the parties' prior status reports, three of the four defendant agencies had previously completed their response to Plaintiffs' requests. Specifically, ODNI performed a search that did not reveal any responsive records, NSA performed a search and provided the responsive documents that were identified to Plaintiffs on August 21, 2024, and NSD performed a search and provided its response to Plaintiffs on July 25, 2025. (Plaintiffs reserve the right to challenge the adequacy of ODNI's search and the redactions in records produced by NSA.)

  As to the fourth defendant, as the Government reported in its last status report, while the FBI initially performed a search that did not reveal any responsive records, it subsequently conducted an additional search and located some potentially responsive records. The FBI is continuing to review those records for responsiveness.

---

[1] The deadline to file this joint status report was tolled during the government shutdown pursuant to the standing order issued by Chief Judge Swain.

The Honorable Edgardo Ramos
Page 2

      The parties will submit their next status report in 45 days—by January 5, 2026.

                Respectfully submitted,

                JAY CLAYTON
                U.S. Attorney for the
                Southern District of New York

       By:  s/ *Rachael Doud*
                RACHAEL DOUD
                Assistant United States Attorney
                86 Chambers St., 3rd Floor
                New York, New York  10007
                (212) 637-2699

cc:     All counsel of record (via ECF)