

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 5, 2026

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re: *New York Times Co., et al. v. U.S. Department of Justice, National Security Division, et al.*, No. 24 Civ. 5982 (ER)

Dear Judge Ramos:

  This Office represents Defendants U.S. Department of Justice, National Security Division ("NSD"), Federal Bureau of Investigation ("FBI"), National Security Agency ("NSA"), and Office of the Director of National Intelligence ("ODNI") (the "Government") in the above-referenced case. I write on behalf of all parties pursuant to the Court's order at the initial conference held on November 12, 2024, that the parties submit joint status reports every 45 days.

  As explained in the parties' prior status reports, three of the four defendant agencies had previously completed their response to Plaintiffs' requests. Specifically, ODNI performed a search that did not reveal any responsive records, NSA performed a search and provided the responsive documents that were identified to Plaintiffs on August 21, 2024, and NSD performed a search and provided its response to Plaintiffs on July 25, 2025. (Plaintiffs reserve the right to challenge the adequacy of ODNI's search and the redactions in records produced by NSA.)

  As to the fourth defendant, as the Government reported in its last status report, while the FBI initially performed a search that did not reveal any responsive records, it subsequently conducted an additional search and located some potentially responsive records. The FBI is continuing to review those records for responsiveness.

  It is The Times's position that the FBI has taken an unreasonable amount of time to complete its review of potentially responsive records. That review has been ongoing since May 2025. *See* ECF 28. In that time, the government has provided no meaningful update to The Times or the Court about the status of that review, its estimated completion date, or even how many documents are at issue. Accordingly, The Times respectfully requests that the Court order the FBI to complete its responsiveness review and produce any responsive records to The Times on or before **February 10, 2026**. The parties can then update the Court on whether further litigation is necessary in the February 19 JSR. Defendants oppose this request.

The Honorable Edgardo Ramos
Page 2

 The parties will submit their next status report in 45 days—by February 19, 2026.

           Respectfully submitted,

           JAY CLAYTON
           U.S. Attorney for the
           Southern District of New York

       By: s/ *Rachael Doud*
           RACHAEL DOUD
           Assistant United States Attorney
           86 Chambers St., 3rd Floor
           New York, New York 10007
           (212) 637-2699

cc: All counsel of record (via ECF)