

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 9, 2026

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   *New York Times Co., et al. v. U.S. Department of Justice, National Security Division, et al.*, No. 24 Civ. 5982 (ER)

Dear Judge Ramos:

      This Office represents Defendants U.S. Department of Justice, National Security Division ("NSD"), Federal Bureau of Investigation ("FBI"), National Security Agency ("NSA"), and Office of the Director of National Intelligence ("ODNI") (together, the "Government") in the above-referenced case. I write in response to the Court's order that the Government respond to Plaintiffs' request in the parties' January 5, 2026, joint status report that the Court order the FBI to complete its responsiveness review and produce any responsive records to Plaintiffs on or before February 10, 2026. *See* Dkt. No. 35.

      As explained in prior status reports, the FBI initially performed a search and did not identify any responsive records, but has been reviewing potentially responsive records from an additional search it later conducted. The FBI has identified twenty-two pages of responsive records thus far and anticipates processing those pages and releasing any non-exempt records to Plaintiffs by February 10, 2026 (the "February 10 production batch"). However, the FBI is continuing to review potentially responsive records identified by its additional search, and based on the subject matter of this case, any additional responsive records it identifies in this second batch may require subject matter expert review and, potentially, consultation with other agencies. The FBI anticipates completing its review of the remaining records in this second batch for responsiveness by February 10 and, at that time, being in a position to notify Plaintiffs if any non-exempt records exist and the anticipated release date for those records. The Government requests that any order requiring the FBI to produce responsive records by February 10 be limited to the February 10 production batch, and that the Government be permitted to provide the Court with an update on the status of any remaining responsive records in the second batch by that date.

      We thank the Court for its consideration of this request.

The Honorable Edgardo Ramos
Page 2

        Respectfully submitted,

        JAY CLAYTON
        U.S. Attorney for the
        Southern District of New York

By:  *s/ Rachael Doud*
        RACHAEL DOUD
        Assistant United States Attorney
        86 Chambers St., 3rd Floor
        New York, New York 10007
        (212) 637-2699

cc:    All counsel of record (via ECF)