

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 10, 2026

**MEMO ENDORSED**
at page 2

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   Re: *New York Times Co., et al. v. U.S. Department of Justice, National Security Division, et al.*, No. 24 Civ. 5982 (ER)

Dear Judge Ramos:

  This Office represents Defendants U.S. Department of Justice, National Security Division ("NSD"), Federal Bureau of Investigation ("FBI"), National Security Agency ("NSA"), and Office of the Director of National Intelligence ("ODNI") (together, the "Government") in the above-referenced case. I write in response to the Court's January 11, 2026, order that the Government provide an update on the remaining documents to be reviewed by the FBI to identify documents responsive to Plaintiffs' requests. *See* Dkt. No. 35.

  In the parties' January 9, 2026, joint status report, the FBI stated that it anticipated processing a set of twenty-two pages of responsive records (the "February 10 production batch") and releasing any non-exempt records to Plaintiffs by February 10, 2026. Today, February 10, 2026, the FBI released three pages of those records to Plaintiffs. The FBI is consulting with other government agencies with interests implicated by the remaining documents in the February 10 production batch concerning those documents. Once those consultations are complete, the FBI will make an additional release of records included within the February 10 production batch to the extent they are not subject to one or more FOIA exemptions.

  In the parties' January 9, 2026, joint status report, the FBI further stated that, in addition to the February 10 production batch, it was continuing to review potentially responsive records identified by its additional search and anticipated completing its review of those records for responsiveness by February 10. The FBI reports that it has not yet located any responsive records within this second batch of documents but that it has not yet completed its review of these records. The FBI reports that it has a remaining eight hundred potentially responsive emails with attachments to review for responsiveness and anticipates completing its review of these remaining records by February 27, 2026. The Government requests that it be permitted to provide a further update to Plaintiffs and the Court regarding the status of those records at that time.

  We thank the Court for its consideration of this submission.

The Honorable Edgardo Ramos
Page 2

Respectfully submitted,

JAY CLAYTON
U.S. Attorney for the
Southern District of New York

By: s/ Rachael Doud
    RACHAEL DOUD
    Assistant United States Attorney
    86 Chambers St., 3rd Floor
    New York, New York 10007
    (212) 637-2699

cc:    All counsel of record (via ECF)

---

The Government is hereby ordered to provide the Court with an update on the remaining documents by February 27, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: February 11, 2026
New York, New York