

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 27, 2026

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

        Re:   *New York Times Co., et al. v. U.S. Department of Justice, National Security Division, et al.*, No. 24 Civ. 5982 (ER)

Dear Judge Ramos:

      This Office represents Defendants U.S. Department of Justice, National Security Division, Federal Bureau of Investigation ("FBI"), National Security Agency, and Office of the Director of National Intelligence (together, the "Government") in the above-referenced Freedom of Information Act ("FOIA") case. I write in response to the Court's February 11, 2026, order directing the Government to provide an update on the remaining documents to be reviewed by the FBI to identify documents responsive to Plaintiffs' requests. *See* Dkt. No. 39.

      In the parties' January 9, 2026, joint status report, the FBI stated that it anticipated processing a set of twenty-two pages of responsive records (the "February 10 production batch") and releasing any non-exempt records to Plaintiffs by February 10, 2026. On February 10, 2026, the FBI released three pages of those records to Plaintiffs. The FBI is consulting with other government agencies with interests implicated by the remaining documents in the February 10 production batch. Once those consultations are complete, the FBI will make an additional release of records included within the February 10 production batch to the extent they are not subject to one or more FOIA exemptions. Unfortunately, the FBI cannot predict how long these consultations with other agencies will take, as it does not control how long it takes other agencies to respond.

      In the parties' January 9, 2026, joint status report, the FBI further stated that, in addition to the February 10 production batch, it was continuing to review potentially responsive records identified by its additional search. In its February 10, 2026, update to the Court, the FBI stated that it anticipated completing its review of these records for responsiveness by today, February 27, 2026. The FBI reports that it has completed its review and identified a few additional potentially responsive pages of documents. The FBI further reports that it has been experiencing a Bureau-wide internal network issue today and thus cannot report the precise page count of those documents. The FBI expects to provide a further update with respect to these documents and those currently subject to consultations in the parties' joint status report due on or before April 6, 2026.

The Honorable Edgardo Ramos
Page 2

We thank the Court for its consideration of this submission.

                              Respectfully submitted,

                              JAY CLAYTON
                              U.S. Attorney for the
                              Southern District of New York

By:  *s/ Rachael Doud*
     RACHAEL DOUD
     Assistant United States Attorney
     86 Chambers St., 3rd Floor
     New York, New York 10007
     (212) 637-2699

cc:     All counsel of record (via ECF)