

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 6, 2026

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

>    Re:    *New York Times Co.*, *et al. v. U.S. Department of Justice*, *National Security*
>           *Division, et al.*, No. 24 Civ. 5982 (ER)

Dear Judge Ramos:

This Office represents Defendants U.S. Department of Justice, National Security Division, Federal Bureau of Investigation ("FBI"), National Security Agency, and Office of the Director of National Intelligence (together, the "Government") in the above-referenced Freedom of Information Act ("FOIA") case.  I write on behalf of all parties pursuant to the Court's order at the initial conference held on November 12, 2024, that the parties submit joint status reports every 45 days.

As explained in the parties' prior status reports, three of the four defendant agencies had previously completed their response to Plaintiffs' requests.  Specifically, ODNI performed a search that did not reveal any responsive records, NSA performed a search and provided the responsive documents that were identified to Plaintiffs on August 21, 2024, and NSD performed a search and provided its response to Plaintiffs on July 25, 2025.  (Plaintiffs reserve the right to challenge the adequacy of ODNI's search and the redactions in records produced by NSA.)

As to the fourth defendant, in the parties' January 9, 2026, joint status report, the FBI stated that it anticipated processing a set of twenty-two pages of responsive records (the "February 10 production batch") and releasing any non-exempt records to Plaintiffs by February 10, 2026.  On February 10, 2026, the FBI released three pages of those records to Plaintiffs.  The FBI is consulting with other government agencies with interests implicated by the remaining documents in the February 10 production batch.  Once those consultations are complete, the FBI will make an additional release of records included within the February 10 production batch to the extent they are not subject to one or more FOIA exemptions.

In the parties' January 9, 2026, joint status report, the FBI further stated that, in addition to the February 10 production batch, it was continuing to review potentially responsive records identified by its additional search.  In the parties' February 27, 2026, joint status report, the FBI reported that it had completed its review of those records for responsiveness.  That review resulted

The Honorable Edgardo Ramos
Page 2

in the identification of one potentially responsive six-page email chain.  FBI is consulting with another government agency about that document but expects to be able to release any responsive, non-exempt material on or before May 15, 2026.

      The FBI expects to provide a further update with respect to the documents currently subject to consultations in the parties' joint status report due on or before May 21, 2026.

      We thank the Court for its consideration of this submission.

Respectfully submitted,

JAY CLAYTON
U.S. Attorney for the
Southern District of New York

By:  s/ *Rachael Doud*
    RACHAEL DOUD
    Assistant United States Attorney
    86 Chambers St., 3rd Floor
    New York, New York 10007
    (212) 637-2699

cc:    All counsel of record (via ECF)