

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 21, 2026

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

>    Re:    *New York Times Co.*, *et al. v. U.S. Department of Justice*, *National Security Division, et al.*, No. 24 Civ. 5982 (ER)

Dear Judge Ramos:

   This Office represents Defendants U.S. Department of Justice, National Security Division ("NSD"), Federal Bureau of Investigation ("FBI"), National Security Agency ("NSA"), and Office of the Director of National Intelligence ("ODNI") (together, the "Government") in the above-referenced Freedom of Information Act ("FOIA") case.  I write on behalf of all parties pursuant to the Court's order at the initial conference held on November 12, 2024, that the parties submit joint status reports every 45 days.

   As explained in the parties' prior status reports, three of the four defendant agencies had previously completed their response to Plaintiffs' requests.  Specifically, ODNI performed a search that did not reveal any responsive records, NSA performed a search and provided the responsive documents that were identified to Plaintiffs on August 21, 2024, and NSD performed a search and provided its response to Plaintiffs on July 25, 2025.  (Plaintiffs reserve the right to challenge the adequacy of ODNI's search and the redactions in records produced by NSA.)

   As to the fourth defendant, in the parties' April 6, 2026, joint status report, Dkt. No. 42, the FBI reported that it was in the process of consulting with other government agencies with interests implicated by the remaining potentially responsive documents it had identified.  The FBI expected to be able to release any responsive, non-exempt material on or before May 15, 2026.  On May 12, 2026, the Government informed Plaintiffs that the consultations with other government agencies had been completed, that the FBI had determined that some of the documents that were previously identified as potentially responsive are not responsive, and that FBI was processing three additional pages of records for release.  The Government also reported to Plaintiffs that the FBI unfortunately would not be able to complete the release by May 15, but anticipated being able to make the final release by May 29.  The FBI still anticipates making the final release of records to Plaintiffs by May 29.

The Honorable Edgardo Ramos
Page 2

 The parties plan to provide their next joint status report to the Court on or before July 7, 2026.

 We thank the Court for its consideration of this submission.

<div style="margin-left: 45%;">

Respectfully submitted,

JAY CLAYTON
U.S. Attorney for the
Southern District of New York

By: _s/ *Rachael Doud*_____
RACHAEL DOUD
Assistant United States Attorney
86 Chambers St., 3rd Floor
New York, New York 10007
(212) 637-2699
rachael.doud@usdoj.gov

</div>

cc: All counsel of record (via ECF)