**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THE NEW YORK TIMES COMPANY *et al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF JUSTICE,
NATIONAL SECURITY DIVISION, *et al.*,

Defendants.

Case No. 24-CV-5982 (ER)

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, between the parties, by and through their undersigned counsel, that the above-captioned proceeding is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each of the parties bearing its own costs and attorneys' fees.

Date:  New York, New York
      June 5, 2026

_____
DAVID MCCRAW
AL-AMYN SUMAR
JACKSON BUSCH
Legal Department
The New York Times Company
620 Eighth Avenue
New York, New York 10018
Telephone: 212-556-1244
Email: jackson.busch@nytimes.com
     mccrad@nytimes.com
     al-amyn.sumar@nytimes.com
*Attorneys for Plaintiffs*

Date:  New York, New York
      June 5 , 2026

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:

_____
RACHAEL DOUD
Assistant U.S. Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2699
Email: rachael.doud@usdoj.gov
*Attorney for Defendants*